UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CIV-20024-TORRES

CONSENT CASE

TODD JEROME, MALIK WHITE, and
JENNIFER GILNER, and behalf of themselves
and others similarly situated,

                                  Plaintiffs,

v.

GRILL CONCEPTS, INC., a foreign
corporation d/b/a GRILL ON THE ALLEY,

       Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiffs, the opt-in Plaintiffs and the Defendant, advise the Court that the above styled case has been settled.

Respectfully submitted this 30th day of March 2015 by,

| s/. Peter Bober, Esq.<br>peter@boberlaw.com<br>Bober & Bober, P.A.,<br>1930 Tyler Street<br>Hollywood, FL  33020<br>Telephone:  (954) 922-2298<br>Facsimile:  (954) 922-5455<br>Attorneys for Plaintiff | s/. John R. Hunt, Esq.<br>STOKES WAGNER<br>3593 Hemphill Street<br>Atlanta, GA 30337<br>(404) 766-0076<br>jhunt@stokeswagner.com<br>*Attorneys for Defendants* |
|---|---|