IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CONSENT CASE**

TODD JEROME, MALIK WHITE
and JENNIFER GILNER, for
themselves and those similarly
situated,

    Plaintiffs,

    v.                                  Case No. 1:15-CV-20024-EGT

GRILL CONCEPTS, INC., a foreign
Corporation d/b/a GRILL ON THE
ALLEY,

    Defendant.

## **ORDER**

This matter came before the Court upon the Joint Motion for Court Review and Approval of Settlement and Dismissal of Case with Prejudice by plaintiffs and defendant. The Court has reviewed the Motion and concludes that the terms of the settlement are fair and reasonable. Accordingly, it is

ORDERED AND ADJUDGED as follows:

1. The Joint Motion for Court Review and Approval of Settlement and Dismissal of Case with Prejudice is **GRANTED**.

2. The settlement agreement is **APPROVED** by the Court as a fair and reasonable resolution of disputed FLSA claims.

3. This action is **DISMISSED WITH PREJUDICE**.

4. The Court retains jurisdiction to enforce the terms of the settlement.

5. The Clerk is directed to **CLOSE** this case.

    DONE AND ORDERD in Chambers at Miami, this _____ day of _____, 2016.

 

_____
EDWIN G. TORRES
United States Magistrate Judge